Cheri WINSLOW, Respondent,

v.

Gary L. WINSLOW, Appellant.

No. WD 39151.

Missouri Court of Appeals,
Western District.

May 24, 1988.

Michael W. Walker, Kansas City, for appellant.

Linda F. Dycus, Kansas City, for respondent.

Before SHANGLER, P.J., and
LOWENSTEIN and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from a post dissolution motion challenging paternity of a child born during the marriage.

Judgment affirmed.  Rule 84.16(b).